UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID WAYNE IRWIN,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Civil No. 11-496-S-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

   Upon review of the Stipulation for Dismissal With Prejudice (Dkt. 11), and for good cause appearing therefor;

   **IT IS HEREBY ORDERED** that the complaint filed in the above-entitled case be, and the same is hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

   IT IS SO ORDERED.

   DATED: **November 19, 2012**

   _____
   Honorable Ronald E. Bush
   U. S. Magistrate Judge